IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Cooper, Lulvet C | Case Number: 07 B 20146 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 10/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 19, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 2,476.70 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 2,476.70 |
| Totals: | 2,476.70 | 2,476.70 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 2. | 77th St Depot Federal Credit Union | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan | Secured | 27,873.87 | 0.00 |
| 4. | B-Real LLC | Unsecured | 37.50 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 559.23 | 0.00 |
| 6. | 77th St Depot Federal Credit Union | Unsecured | 69.94 | 0.00 |
| 7. | B-Real LLC | Unsecured | 4.30 | 0.00 |
| 8. | B-Real LLC | Unsecured | 2.40 | 0.00 |
| 9. | B-Real LLC | Unsecured | 4.30 | 0.00 |
| 10. | 77th St Depot Federal Credit Union | Unsecured | | No Claim Filed |
| 11. | Debt Recovery Solutions | Unsecured | | No Claim Filed |
| 12. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 13. | Citi Auto | Unsecured | | No Claim Filed |
| 14. | Account Recovery Service | Unsecured | | No Claim Filed |
| 15. | Elan Financial Services | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | NorthStar Credit Union | Unsecured | | No Claim Filed |
| 20. | State Collection Service | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,551.54 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Cooper, Lulvet C

Printed: 5/20/08

Case Number: 07 B 20146
Judge: Squires, John H
Filed: 10/30/07

_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                           Marilyn O. Marshall, Trustee, by:

                           _____